**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

June 27, 2014

**VIA ECF**

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jones v. East Brooklyn Security Services Corp.*
11-CV-06333 (JG) (SMG)

Dear Judge Gleeson:

This firm represents the Plaintiff in the above-referenced action. We write to respectfully request that the trial scheduled for July 14, 2014, be adjourned due to the recent, unexpected departure of Edward L. Sample, Esq., the attorney who was handling this file, from our firm. There has been no prior request to adjourn the trial of this action. The adjournment is necessary to allow time for another attorney to familiarize himself or herself with the evidence that has been developed through discovery. In addition, our firm normally consists of six attorneys and is currently short-staffed due to Mr. Sample's departure. With an unusually heavy caseload, preparing for a trial while short-staffed will cause unnecessary hardship.

Prior to writing this letter, I contacted Defendants' counsel, Dov Medinets, Esq., to obtain his consent to this request. Mr. Medinets indicated that he would not consider my request unless I first contacted the Plaintiff to confirm that he wished to pursue his claim. Mr. Medinets insinuated that Plaintiff wished to discontinue his claim and that the action continued to be litigated at the sole insistence of Plaintiff's counsel. While there is no basis for Mr. Medinets' allegation, I agreed to contact the Plaintiff to verify that he desires to pursue his claim. I then spoke to Plaintiff and directly asked him whether he wished to drop or pursue his claim. Plaintiff reaffirmed his desire to pursue his claim. After speaking with Plaintiff, I advised Mr. Medinets that I had spoken with the Plaintiff and confirmed that he wishes to pursue his claim. During this second discussion with Mr. Medinets, I asked again for his consent to this application. Mr. Medinets indicated that he could not consent without consulting his client. I told Defendants' counsel that I do not believe he is required to obtain permission from his client before granting his consent, but he disagreed. In light of the imminent deadlines for various pre-trial filings, we are filing this request today, rather than await Mr. Medinets' response.

**FRANK & ASSOCIATES, P.C.**

Hon. John Gleeson
United States District Judge
June 27, 2014
Page 2

      For the reasons stated above, Plaintiff respectfully requests that the trial be adjourned to date convenient to the Court after the Jewish holidays.

      Thank you for your kind consideration of this request.

Respectfully,

FRANK & ASSOCIATES, P.C.

Peter A. Romero

cc:    Dov Ber Medinets, Esq.