# F&A

## FRANK & ASSOCIATES, P.C.
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

June 30, 2014

**VIA ECF**

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Jones v. East Brooklyn Security Services Corp.*
       11-CV-06333 (JG) (SMG)

Your Honor:

We are in receipt of a letter to the Court from defendants' counsel, Dov Medinets, Esq., opposing plaintiff's request to adjourn the trial of this action due to the recent departure from this firm of the attorney who has been litigating the case. None of the reasons stated in Mr. Medinets' letter were the reasons that he provided to me for refusing his consent to plaintiff's request when we spoke on June 27. Rather, Mr. Medinets cited his unfounded belief that plaintiff wished to discontinue this action and his purported frustration with plaintiff's refusal to accept defendants' offer to pay plaintiff "litigation costs" in exchange for a stipulated dismissal of Plaintiff's claims.

Respectfully,

FRANK & ASSOCIATES, P.C.

Peter A. Romero

cc:   Dov Ber Medinets, Esq.