# THE LAW OFFICE OF DOV MEDINETS

981 Bay Street, Suite 7
Staten Island, NY 10305

**646-201-9360**
**Fax: 917-791-9789**

Email: dmedinets@gmail.com
Web: www.medinetslaw.com

MEMBER NY & NJ BAR

July 11, 2014

<u>VIA ECF</u>
The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Peter A. Romero
Frank & Associates
500 Bi County Blvd
Farmingdale, NY 11735

Re:   Jones v East Brooklyn Security Services Corp.
      11-CV-6333(JG)(SMG)

I have just returned to my office from an appearance on another matter and am truly mortified to learn that I have missed the Court's pre-trial conference today.

The pre-trial conference was initially set for the Friday prior to jury selection, which was today. I misapprehended the Court's July 3 order adjourning the case to July 28 and was under the belief that the conference as well had been adjourned to Friday the 25th. Looking at the minutes of the July 3 Order, it is clear that it was only the jury selection and trial dates that were adjourned and not the conference date.

I wish to sincerely apologies to both to the Court and to Plaintiff's counsel for my mistake and for both the Court and Plaintiff's counsel's wasted time.

Sincerely,

/s/
Dov Medinets