Case 1:11-cv-06333-JG-SMG   Document 42   Filed 07/30/14   Page 1 of 1 PageID #: 216



FILED
★ JUL 30 2014 ★
BROOKLYN OFFICE

## VERDICT SHEET

*Anthony Jones v. East Brooklyn Security Services and Winchester Key*
11-CV-6333

### LIABILITY

CLAIM ONE       Failure to accommodate disability (ADA)
                Liable ___   Not liable ✓

CLAIM TWO       Failure to accommodate disability (NY State Human Rights Law)
                Liable ✓   Not liable ___

CLAIM THREE     Failure to accommodate disability (NY City Human Rights Law)
                Liable ✓   Not liable ___

CLAIM FOUR      Retaliation for request for accommodation (ADA and NY state law)
                Liable ___   Not liable ✓

*Proceed to damages only if you find the defendants liable on one or more of the claims above.*

### DAMAGES

COMPENSATORY
DAMAGES              $ 0

PUNITIVE
DAMAGES              $ 26,000

Dated: Brooklyn, New York
       July 30th, 2014

                                    _____
                                    Foreperson