**FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

September 24, 2014

**VIA ECF**

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Jones v. East Brooklyn Security Services Corp.*
      11-CV-06333 (JG) (SMG)

Dear Judge Gleeson:

The parties have agreed upon the following briefing schedule for Plaintiff's application for attorneys' fees and costs: the motion will be filed October 31; opposition will be filed November 14; and the reply will be filed November 28. The parties propose that oral argument be scheduled for any day in the first week of December.

Respectfully,

FRANK & ASSOCIATES, P.C.

Peter A. Romero

cc:   Dov Ber Medinets, Esq.