**F&A**  **FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.
PETER A. ROMERO, ESQ.

December 2, 2014

**VIA ECF**

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Jones v. East Brooklyn Security Services Corp.*
     11-CV-06333 (JG) (SMG)

Dear Judge Gleeson:

This firm represents the Plaintiff in the above-referenced action.  We write pursuant to the Court's December 1, 2014 Order regarding the number of hours expended by Plaintiff's counsel in this case.

The attorneys at Frank & Associates, P.C. ("F&A") who worked on this matter are Neil M. Frank, Peter A. Romero, Edward L. Sample II and David Barnhorn. Mr. Frank expended 26.75 hours.  The undersigned expended 144.30 hours; F&A requests fees for 139.30 hours.  Mr. Sample expended 135.40 hours; F&A requests fees for 121.80 hours.  Mr. Barnhorn expended 85.30 hours; F&A requests fees for 73.35 hours.

The attorneys expended a total of 141.95 hours up to and including the April 28, 2014 order; F&A seeks fees for 127.05 hours.  The attorneys expended a total of 249.80 hours on trial preparation, trial, opposing Defendant's post-trial motion for judgment notwithstanding the verdict and/or for a new trial, and Plaintiff's application for attorneys' fees and costs; F&A requests fees for 234.15 hours.

Respectfully,

FRANK & ASSOCIATES, P.C.

Peter A. Romero

cc:   Dov Ber Medinets, Esq.

500 Bi-County Blvd. Ste. 112N • Farmingdale, NY 11735 • Tel: 631.756.0400 • Fax: 631.756.0547
nfrank@laborlaws.com • www.laborlaws.com