UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTHONY JONES,

                        Plaintiff,

- versus -

EAST BROOKLYN SECURITY SERVICES
CORP. and WINCHESTER KEY,

                        Defendants.

ORDER

11-CV-6333 (JG)

---

JOHN GLEESON, United States District Judge:

        For the reasons stated on the record, the motion for attorneys' fees is granted in part and denied in part. Specifically, the fee amount requested of $91,040.00 is reduced by twenty-five percent to $68,280.00. The request for costs in the amount of $6,053.64 is granted. The total amount awarded to plaintiff's counsel is therefore $74,333.64.

        So ordered.

John Gleeson, U.S.D.J.

Dated: December 8, 2014
       Brooklyn, New York